IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States

Plaintiff,

vs.

Andrea Gall

Defendant.

CASE NO. 4:19CR3117

SUBMISSION OF THE
DETERMINATION OF DETENTION
OR RELEASE

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

___Andrea Gall___  ___1-27-2020___
Defendant           Date

___[signature]___  ___1-27-2020___
Attorney for Defendant   Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 27th day of January, 2020.

BY THE COURT:

___[signature]___
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT